OFD (12/1/11) kam

**UNITED STATES BANKRUPTCY COURT
District of Oregon**

U.S. BANKRUPTCY COURT
DISTRICT OF OREGON
**F I L E D**

September 5, 2023

Clerk, U.S. Bankruptcy Court

BY **kam** DEPUTY

In re
**Myles Wesley Converse
Katelyn Nicole Converse**
Debtor(s)

) Case No. **23–61588–tmr7**
)
)
) ORDER AND NOTICE
) REGARDING FILING OF
) DOCUMENT(S); AND NOTICE
) OF PROPOSED DISMISSAL
)

The bankruptcy CASE FILED on **8/31/23** has deficiencies.
14 DAYS TO FILE: The following required document(s) were not filed. You must file each listed document within 14 days of the CASE FILED date shown above.

> **A completed current version of Summary of Assets and Liabilities (Official Form 106Sum), all Schedules required for the debtor, and a signed Declaration About an Individual Debtor's Schedules (Official Form 106Dec); and a signed Statement of Financial Affairs (Official Form 107). (Federal Rules of Bankruptcy Procedure 1007 & 1008)**
>
> **– NOTE: The accuracy and completeness of the creditor Schedules (i.e., D–H), and the required creditor mailing list which includes all entities listed on the Schedules, are the debtor's responsibility. Such Schedules will not be compared with any creditor mailing list. Entities listed on Schedules D–H that were not listed on the creditor mailing list filed with the debtor's Petition must be added using Local Form 728 unless the only change is to correct a previously listed creditor's address, or attorney for a previously listed creditor. (Local Bankruptcy Rule 1009–1.)**
>
> **Attorney's Disclosure of Compensation. Note: The debtor's case will not be dismissed for the attorney's failure to timely file this document. (Federal Rules of Bankruptcy Procedure 2016(b))**
>
> **A Statement of Your Current Monthly Income must be filed on the current Official Form applicable in this case: 122A–1 for Chap. 7, 122B for Chap. 11 or 122C–1 for Chap. 13. [Please note: If filing 122A–1 or 122C–1, an additional form may be required. Follow the instructions on the form.]**
>
> **A Ch. 13 Plan. You must use the current version of Local Form 1300.22. (Local Bankruptcy Rule 3015–1)**

30 DAYS TO FILE: The following required document was not filed. You must file the listed document within 30 days of the CASE FILED date shown above.

> **A current and complete version of Individual Debtor's 11 USC § 521 Statement of Intention (Official Form 108). (Local Bankruptcy Rule 10073)**

**IT IS HEREBY ORDERED** that, unless otherwise provided above, this case may be DISMISSED without further notice to the debtor(s) if the deficiencies outlined above are not completely and accurately corrected AND the documents FILED within the time indicated. Each document or item filed must show each DEBTOR'S NAME and the CASE NUMBER. Any document or item required to be filed using a form must be COMPLETED using the CURRENT VERSION of the form.

**Dismissal for failure to correct the deficiencies noted above may make the debtor(s) ineligible to file another petition for 180 days after dismissal pursuant to 11 USC §109(g)(1) and/or may limit the automatic stay if another petition is filed within 1 year pursuant to 11 USC §362(c)(4).**

Clerk, U.S. Bankruptcy Court