Certificate Number: 12433-OR-DE-037763324

Bankruptcy Case Number: 23-61588



12433-OR-DE-037763324

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on September 13, 2023, at 5:44 o'clock PM PDT, Myles Wesley Converse completed a course on personal financial management given by internet by Solid Start Financial Education Services, LLC, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the District of Oregon.

Date:   September 14, 2023            By:   /s/Lisa Susoev

                                      Name: Lisa Susoev

                                      Title: Teacher