Certificate Number: 12433-OR-DE-037763325

Bankruptcy Case Number: 23-61588


12433-OR-DE-037763325

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on September 13, 2023, at 5:44 o'clock PM PDT, Katelyn Nichole Converse completed a course on personal financial management given by internet by Solid Start Financial Education Services, LLC, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the District of Oregon.

Date: September 14, 2023         By: /s/Lisa Susoev

                                 Name: Lisa Susoev

                                 Title: Teacher